UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.06cr2609 JM |
| Plaintiff, | ) ) | |
| v. | ) | ORDER GRANTING JOINT MOTION TO |
| PENELOPE GEARY, | ) ) | CONTINUE SENTENCING [Docket No. 51] |
| Defendants. | ) ) | |

Upon the joint request of counsel and for good cause being shown, the sentencing of Defendant Penelope Geary, currently scheduled before Judge Miller on November 9, 2007 is hereby continued to *February 15, 2008 at 9:00 a.m.*

IT IS SO ORDERED.

DATED:  November 2, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge